tiorari to the Supreme Court of New York granted. *Mr. William Mann* for petitioner. *Mr. Henry S. Miller* for respondent.

No. 814. BALDWIN ET AL. *v.* AMERICAN SURETY CO. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. James F. Ailshie, Jr.,* for petitioners. *Messrs. Oliver O. Haga* and *Frank Martin* for respondent.

No. 825. UNITED STATES *v.* CORRIVEAU. See same case, *ante,* p. 530.

No. 784. CHANG CHOW *v.* UNITED STATES. See same case, *ante,* p. 530.

No. 785. YIM KIM LAU *v.* UNITED STATES. See same case, *ante,* p. 531.

No. 727. NATIONAL SURETY CO. ET AL. *v.* CORIELL ET AL. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Charles H. Tuttle, Saul S. Myers, Selden Bacon,* and *Gregory Hankin* for petitioners. *Mr. Charles B. McInnis* for respondents.

No. 841. GWINN *v.* COMMISSIONER OF INTERNAL REVENUE. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Thomas A. Thatcher* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall*

538

*Key,* and *Erwin N. Griswold* for respondent.

No. 881. SHAPIRO *v.* WILGUS ET AL. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Jacob Weinstein* and *Francis Biddle* for petitioner. *Mr. Sidney E. Smith* for respondents.

No. 789. SOLEZ *v.* ZURICH GENERAL ACCIDENT & LIABILITY INS. CO., LTD. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Frederic R. Coudert* and *Percy A. Shay* for petitioner. *Mr. Russell T. Mount* for respondent.

No. 874. SUN OIL CO. *v.* DALZELL TOWING CO., INC. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Russell T. Mount* for petitioner. *Mr. Chauncey I. Clark* for respondent.

No. 877. BROOKLYN EASTERN DISTRICT TERMINAL *v.* UNITED STATES. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Oscar R. Houston* and *Leonard J. Matteson* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, J. Frank Staley,* and *Wm. H. Riley, Jr.,* for the United States.

No. 885. ELTING, COLLECTOR OF CUSTOMS, *v.* NORTH GERMAN LLOYD. May 23, 1932. Petition for writ of